

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos.  02-20-00036-CR
02-20-00037-CR
02-20-00038-CR

DERRICK WALTON, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court No. F17-2958-431, F17-2959-431, F17-2960-431

---

**ORDER**

We have reviewed the record of the hearing on abatement, and we hereby ORDER the clerk of this court to file the record of that hearing, filemarking the supplemental clerk's record and the supplemental reporter's record with the date that each was received.

It is further ORDERED that the appellant's brief in this appeal is ordered due **Wednesday, March 24, 2021**. The State's brief is due 30 days after appellant's brief is filed.

We direct the clerk of this court to send a copy of the order to the attorneys of record, the trial-court judge, the trial-court clerk, and the court reporter.

Dated February 26, 2021.

Per Curiam